# Third District Court of Appeal

## State of Florida

Opinion filed February 7, 2024.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D23-511
Lower Tribunal No. 17-23218 SP

_____

**Matt Escalona,**
Appellant,

vs.

**Affordable Remodeling Services, Inc.,**
Appellee.

An Appeal from a non-final order from the County Court for Miami-Dade County, Michael G. Barket, Judge.

Matt Escalona, in proper person.

Jared W. Gasman, Attorney, P.A. and Andrew J. Palmer (Fort Lauderdale), for appellee.

Before FERNANDEZ, MILLER and LOBREE, JJ.

PER CURIAM.

Affirmed.